No. ~~CR14-00051 DLJ PSG~~

# UNITED STATES DISTRICT COURT


SEALED BY ORDER OF THE COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**FILED** E-filing

JAN 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### THE UNITED STATES OF AMERICA
### vs.

### JUSTIN EVERETT CRUTCHFIELD, and DEMONTAE TERELL TOLIVER,

## INDICTMENT

***SEE ATTACHMENT**

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __29th__ *day of* __January__

*A.D. 2014*

_____
*UNITED STATES MAGISTRATE JUDGE*

*Bail.* $ No bail arrest warrant to each defendant.

ATTACHMENT TO INDICTMENT COVER SHEET
U.S.
v.
JUSTIN EVERETT CRUTCHFIELD, and
DEMONTAE TERELL TOLIVER,

**COUNTS ONE & TWO**:   Title 18, United States Code, Section 1591(a)(1) and (2) - Sex trafficking of children by force, fraud, or coercion (Class A Felony)

**COUNTS THREE & FOUR**:   Title 18, United States Code, Section 2251(a) and (e) -- Sexual Exploitation of Children (Class B Felony)



SEALED BY ORDER OF THE COURT

E-filing

1  MELINDA HAAG (CABN 132612)
   United States Attorney

**FILED**

JAN 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,         )  CR 14 00051 DLJ PSG
                                  )
        Plaintiff,                )
                                  )
    v.                            )  VIOLATIONS: 18 U.S.C. §§ 1591(a) and 1594(a) –
                                  )  Sex Trafficking of Children; 18 U.S.C. §§ 2251(a)
JUSTIN EVERETT CRUTCHFIELD,       )  and (e) – Sexual Exploitation of Children
DEMONTAE TERELL TOLIVER,          )
                                  )
        Defendants.               )
                                  )
                                  )
                                  )
                                  )

## INDICTMENT

The Grand Jury charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant JUSTIN EVERETT CRUTCHFIELD was a resident of San Jose, California, and was born in 1986.

2. Defendant DEMONTAE TERELL TOLIVER was a resident of San Jose, California, and was born in 1990.

3. The minor female "E.O." was a resident of Los Gatos, California, and born in 1996.

INDICTMENT                                    1

4. The minor female, "L.G.," was a resident of Los Gatos, California, and born in 1998.

COUNT ONE: (18 U.S.C. §§ 1591(a)(1) and (2), 1594(a) – Sex Trafficking of Children)

Between on or about June 16, 2013, and on or about June 22, 2013, within the Northern District of California, defendants JUSTIN EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, and obtain by any means a minor female, that is "E.O.," knowing that force, fraud, or coercion would be used to cause "E.O." to engage in commercial sex acts, knowing that "E.O." had not attained the age of 18 years and would be caused to engage in commercial sex acts, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, in violation of Title 18, United States Code, Sections 1591(a)(1) and (2) and 1594(a);

COUNT TWO: (18 U.S.C. §§ 1591(a)(1) and (2), 1594(a) – Sex Trafficking of Children)

Between on or about June 16, 2013, and on or about June 22, 2013, within the Northern District of California, defendants JUSTIN EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, and obtain by any means a minor female, that is "L.G.," knowing that force, fraud, or coercion would be used to cause "L.G." to engage in commercial sex acts, and knowing that "L.G." had not attained the age of 18 years and would be caused to engage in commercial sex acts, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, in violation of Title 18, United States Code, Sections 1591(a)(1) and (2) and 1594(a).

COUNT THREE: (18 U.S.C. §§ 2251 (a) and (e) – Sexual Exploitation of Children)

On or about June 18, 2013, within the Northern District of California, defendants JUSTIN EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, did employ, use, persuade, induce, entice, or coerce "E.O.," a minor, to engage in sexually explicit conduct, or conspired to do so, for the

INDICTMENT 2

1 purpose of producing a visual depiction of such conduct, using materials that had been previously
2 mailed, shipped, or transported in or affecting interstate commerce, in violation of Title 18, United
3 States Code Section 2251 (a) and (e).

6 COUNT FOUR: (18 U.S.C. §§ 2251 (a) and (e) – Sexual Exploitation of Children)
7    On or about June 18, 2013, within the Northern District of California, defendants JUSTIN
8 EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, did employ, use, persuade, induce,
9 entice, or coerce "L.G.," a minor, to engage in sexually explicit conduct, or conspired to do so, for the
10 purpose of producing a visual depiction of such conduct, using materials that had been previously
11 mailed, shipped, or transported in or affecting interstate commerce, in violation of Title 18, United
12 States Code Section 2251 (a) and (e).

14 DATED: 1/29/14

A TRUE BILL

Foreperson

19 MELINDA HAAG
United States Attorney

22 JEFFREY NEDROW
Assistant United States Attorney
23 Chief, San Jose Branch

25 (Approved as to form: _____ )
26 AUSA AMIE D. ROONEY

INDICTMENT                           3

**SEALED BY ORDER OF THE COURT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED
*SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
*SEE ATTACHMENT

**DEFENDANT - U.S.**
JAN 29 2014
► JUSTIN EVERETT CRUTCHFIELD

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 14 00051 DLJ
PSG

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

S/A Ann Trombetta-F.B.I

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ► _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ► _____
Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► _____
Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
MELINDA HAAG
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AMIE D. ROONEY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

A1

# ATTACHMENT TO PENALTY SHEET
# U.S.
# v.
# JUSTIN EVERETT CRUTCHFIELD, and
# DEMONTAE TERELL TOLIVER,

**COUNTS ONE & TWO**: Title 18, United States Code, Section 1591(a)(1) and (2) - Sex trafficking of children by force, fraud, or coercion (Class A Felony)

>Maximum Sentence: Life
>Mandatory Minimum: 15 years
>Maximum Fine: $250,000
>Special Assessment: $100
>Maximum Supervised Release: 5 years

**COUNTS THREE & FOUR**: Title 18, United States Code, Section 2251(a) and (e) -- Sexual Exploitation of Children (Class B Felony)

>Maximum Sentence: 30 years
>Mandatory Minimum Sentence: 15 years
>Maximum Fine: $250,000
>Special Assessment: $100
>Maximum Supervised Release: 5 years

Δ1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
*SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** *SEE ATTACHMENT

**FILED** JAN 29 2014

**DEFENDANT - U.S.**
▶ DEMONTAE TERELL TOLIVER

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER:** CR 14 00051 DLJ PSG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A Ann Trombetta-F.B.I

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINDA HAAG
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): AMIE D. ROONEY

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET
U.S.
v.
JUSTIN EVERETT CRUTCHFIELD, and
DEMONTAE TERELL TOLIVER,

**COUNTS ONE & TWO**: Title 18, United States Code, Section 1591(a)(1) and (2) - Sex trafficking of children by force, fraud, or coercion (Class A Felony)

> Maximum Sentence: Life
> Mandatory Minimum: 15 years
> Maximum Fine: $250,000
> Special Assessment: $100
> Maximum Supervised Release: 5 years

**COUNTS THREE & FOUR**: Title 18, United States Code, Section 2251(a) and (e) -- Sexual Exploitation of Children (Class B Felony)

> Maximum Sentence: 30 years
> Mandatory Minimum Sentence: 15 years
> Maximum Fine: $250,000
> Special Assessment: $100
> Maximum Supervised Release: 5 years