MELINDA HAAG (CABN 132612)
United States Attorney

Filed
JUL 15 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, <br><br> Defendants. | CASE NO. CR14-0051-RMW <br><br> VIOLATIONS: 18 U.S.C. § 2425 – Use of Interstate Facilities To Transmit Information About a Minor; 18 U.S.C. § 2 – Aiding and Abetting |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2425 and § 2 – Use of Interstate Facilities to Transmit Information About a Minor; Aiding and Abetting)

On or about June 20, 2013, within the Northern District of California, defendants JUSTIN EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, using the mail and any facility and means of interstate and foreign commerce, knowingly initiated and attempted to initiate the transmission of the name, address, telephone number, social security number, and electronic email address of another

SUPERSEDING INFORMATION                1

individual, namely, posting in a classified ad on "MyRedbook.com" the telephone number to reach L.G., knowing that L.G. had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2425 and (2).

DATED: 7/15/15

MELINDA HAAG
United States Attorney

JEFFREY NEDROW
Chief, San Jose Office

(Approved as to form: _____)
AUSA AMIE D. ROONEY

SUPERSEDING INFORMATION        2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

## OFFENSE CHARGED
☒ SUPERSEDING

COUNT ONE: 18 U.S.C. §2425 and §2 - Use of Interstate Facilities to Transmit Information about a Minor; Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum prison term - 5 years, Maximum fine $250,000, Supervised release term - 5 years to life [see 18 U.S.C. § 3583(k)], Restitution, as ordered by Court, Mandatory special assessment $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

### DEFENDANT - U.S
JUSTIN EVERETT CRUTCHFIELD

DISTRICT COURT NUMBER
CR 14-00051 RMW

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
S/A Ann Trombetta - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) AMIE D. ROONEY

## DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Filed JUL 15 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Before Judge:

Comments:

A1

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

☒ SUPERSEDING

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. §2425 and §2 - Use of Interstate Facilities to Transmit Information about a Minor; Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum prison term - 5 years, Maximum fine $250,000, Supervised release term - 5 years to life [see 18 U.S.C. § 3583(k)], Restitution, as ordered by Court, Mandatory special assessment $100.

### DEFENDANT - U.S
▶ DEMONTAE TERELL TOLIVER

DISTRICT COURT NUMBER
CR 14-00051 RMW

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
S/A Ann Trombetta - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
AMIE D. ROONEY

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) ____

*Filed JUL 15 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution ____

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address: ____

Bail Amount: ____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____ Before Judge: ____

Comments: