CR-14-51 RMW 2

FILED
JAN 12 2016
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Judge White

I take full responsibility for my actions
And for them I am sorry.
I understand that what I did was wrong,
not only what I did in this case but
also what I've done in prior cases.

I have a history of abusing women
and drug abuse. That really needs to change.
This case has taught me respect for women;
Therefore I intend to move foward with a different
mindset.

The time I've spent in jail has allowed me
to make a plan for change. I've developed faith
in God which I never had prior to this case.
I plan to be a minister, work as a salesman
for an insurance company, and also utilize my
singing capability to send a positive message
to the masses.

"Judge White", I'll accept whatever sentence you give
me, but I want you to know I'm ready to
lead a better life. From Demartae Toliver
                              Be well

Demontriqutt Williams
PFN: DWW63
885 N San Pedro St
San Jose, CA 95110

COUNTY JAIL
GENERATED MAIL

SAN JOSE CA 950

Honorable
Ronald M. Whyte
280 South 1st St
San Jose, CA 95113